**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| **RAYTHEON COMPANY**, <br><br> *Plaintiff,* <br><br> vs. <br><br> **CRAY, INC.**, <br><br> *Defendant.* | Civil Action No. 2:16-cv-00423 <br><br> JURY TRIAL DEMANDED |

**OPPOSED MOTION FOR EXTENSION OF TIME
TO COMPLY WITH P.R. 3-1 AND 3-2**

COMES NOW, Plaintiff Raytheon Company ("Plaintiff" or "Raytheon") and files this Opposed Motion for Extension of Time to Comply with P.R. 3-1 and 3-2, and in support thereof would show the Court the following:

Pursuant to the Court's Order (Dkt. 13) dated June 14, 2016, the current deadline for Raytheon to comply with P.R. 3-1 and 3-2 is July 7, 2016.  Raytheon respectfully requests an extension of two (2) business days to comply with P.R. 3-1 and 3-2 up to and including Monday, July 11, 2016.   This is Raytheon's second extension of this deadline.  Raytheon requests this extension not for purposes of delay but so that justice may be served.

Raytheon seeks this extension in light of assertions made by Defendant Cray, Inc. ("Cray") in its Motion to Dismiss (Dkt. 23), served on Raytheon at 11:02 pm CT last night.  In its Motion, Cray makes certain assertions about the functionality of its accused XC40 computer

system sold to the Texas Advanced Computing Center (TACC) at the University of Texas.[1] (*See, e.g.*, Dtk. 23 at 1, 7, 13-14; *see also* Declaration of Marlys Kohnke in Support of Defendant Cray, Inc.'s Motion to Dismiss at ¶¶ 3-5.)

Insofar as Cray has just revealed these new assertions regarding the functionality of one of its accused systems on the eve of the current due date for Raytheon's P.R. 3-1 contentions, Raytheon has not had sufficient opportunity to consider such assertions. Moreover, the timing of Cray's insertion of these new assertions, coupled with attorney schedule conflicts surrounding the July 4 holiday, necessitate the requested extension.

Therefore, Raytheon respectfully requests a two (2) business-day extension to evaluate Cray's assertions prior to submission of its P.R. 3-1 contentions.

Counsel for Raytheon conferred with counsel for Cray and Raytheon articulated the foregoing rationale for the requested two (2) business-day extension to Cray. Cray nonetheless refused to consent to the requested extension notwithstanding the fact that Raytheon had just consented to Cray's request for a two-week extension to file its response to Raytheon's complaint, which was in addition to the 60 days Cray had previously received and which resulted in the filing of Cray's Motion to Dismiss. (*See* Dkt. 14.)

A proposed order is attached hereto.

Dated: July 6, 2016

Respectfully Submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM P.C.**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090

---

[1] Because Cray's Motion to Dismiss was filed under seal, Raytheon does not repeat Cray's assertions in this public filing, but instead provides citations for the Court's reference.

Facsimile: (903) 230-9661
E-mail: bdavis@bdavisfirm.com

**Of Counsel**

Thomas J. Filarski
Daniel S. Stringfield
Brian G. Fahrenbach
STEPTOE & JOHNSON LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1300
Email: tfilarski@steptoe.com
        dstringfield@steptoe.com
        bfahrenbach@steptoe.com

Sanjeet K. Dutta
STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, CA 94304
Phone:  (650) 687-9500
Email:sdutta@steptoe.com

**ATTORNEYS FOR PLAINTIFF
RAYTHEON COMPANY**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(V).  Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 6th day of July, 2016.

/s/ William E. Davis, III
William E. Davis, III


**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion is opposed.

/s/ William E. Davis, III
William E. Davis, III